**Order entered July 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00529-CV

### RACQUEL MACKEY, Appellant

### V.

### JACQUELINE LEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13265**

## ORDER

Before the Court is appellee's July 14, 2017 unopposed motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellee's brief filed on or before August 21, 2017.

/s/    CRAIG STODDART
        JUSTICE